FORM 1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| ALPINESTARS S.P.A.<br><br>                                        Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>                                        Defendant. | Court No. 10-00005<br><br>**SUMMONS** |

**TO:** The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



_____
**TINA POTUTO KIMBLE, CLERK OF THE COURT**

| PROTEST | |
|---|---|
| Port of Entry:   See schedule attached | Date Protest Filed:   See schedule attached |
| Protest Number:   See schedule attached | Date Protest Denied:   See schedule attached |
| Importer: ALPINESTARS S.P.A. | |
| Category of Merchandise:   Wearing apparel and Accessories | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | **SEE SCHEDULE ATTACHED** | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director,<br><br>U.S. Bureau of Customs & Border Protection<br> 9915 Bryn Mawr<br> Rosemont, IL 60018 | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP<br><br>399 Park Avenue, 25th Floor<br>New York, New York 10022<br>212/557-4000 |
| *Address of Customs Port in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

Page 1

419219

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | Transaction Value<br>19 USC 1401 a(b) | DDP value |
| Protest Claim: | Transaction Value<br>19 USC 1401 a(b) | Price paid or payable plus assists |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: |

| |
|---|
| The issue which was common to all such denied protests: |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

Date:    01/11/10                                                                                   /s/ Robert F. Seely

| PROT NUM | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 3901-09-100796 | 06/03/2009 | 07/17/2009 | 804-2028923-5 | 01/22/2008 | 12/05/2008 |
| 3901-09-100931 | 06/24/2009 | 07/17/2009 | 804-2029246-0 | 02/12/2008 | 12/29/2008 |
| 3901-09-100932 | 06/24/2009 | 07/17/2009 | 804-2029275-9 | 02/11/2008 | 12/29/2008 |
| 3901-09-100933 | 06/24/2009 | 07/17/2009 | 804-2029344-3 | 02/13/2008 | 12/29/2008 |
| 3901-09-100934 | 06/24/2009 | 07/17/2009 | 804-2029274-2 | 02/12/2008 | 12/29/2008 |
| 3901-09-100935 | 06/24/2009 | 07/17/2009 | 804-2029273-4 | 02/11/2008 | 12/29/2008 |

**Port Director**
**U.S. Bureau of Customs & Border Protection**
**9915 Bryn Mawr**
**Rosemont, IL 60018**